## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILSON ROOSEVELT CONNER,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION 03-807-CG-B** |
| | * | |
| **STEVE BULLARD,** | * | |
| | * | |
| **Respondent.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE and ORDERED** this 8th day of July, 2005.


/s/ Callie V. S. Granade
UNITED STATE CHIEF DISTRICT JUDGE