# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILSON ROOSEVELT CONNER,** | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | *   **CIVIL ACTION 03-807-CG-B** |
| | * |
| **STEVE BULLARD,** | * |
| | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE and ORDERED** this 8th day of July, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE